# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES PENNINGTON, JR., as Guardian of the Estates of James R. Pennington and Jacob Pennington, <br><br> Plaintiff, <br><br> vs. <br><br> FLORA COMMUNITY UNIT SCHOOL DISTRICT #35, <br><br> Defendant. | Case No. 3:20-CV-11-MAB[1] |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated July 31, 2024, which reflects that all claims have been settled or otherwise resolved (Doc. 114), this matter is **DISMISSED with prejudice**, each party to bear their own costs, unless otherwise provided in the settlement documents.

DATED: September 9, 2024

                                     MONICA A. STUMP,
                                     **Clerk of Court**

                                     BY:  /s/ Jennifer Jones
                                                 **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 18).